# EXHIBIT A

*Love v. Dolgencorp, LLC d/b/a Dollar General*

Chronological Case Summary, Pleadings, and Process

Marion Superior Court Case No. 49D11-1903-CT-012556

5/6/2019  Summary - MyCase

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Khriston Love v. DOLGENCORP, LLC d/b/a DOLLAR GENERAL

| Case Number | 49D11-1903-CT-012556 |
| --- | --- |
| Court | Marion Superior Court, Civil Division 11 |
| Type | CT - Civil Tort |
| Filed | 03/28/2019 |
| Status | 03/28/2019 , Pending (active) |

### Parties to the Case

**Defendant** DOLGENCORP, LLC d/b/a DOLLAR GENERAL

Address
135 N. Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

Attorney
Lyndsay Ileana Ignasiak
*#3069045, Lead, Retained*

Reminger Co., LPA
College Park Plaza
8909 Purdue Rd. Suite 200
Indianapolis, IN 46268
317-853-7372(W)

Attorney
Katherine Marie Haire
*#3133049, Retained*

200 West Washington Street
Room 411 State House
Indianapolis, IN 46204
260-609-3133(W)

**Plaintiff** Love, Khriston

Address
1344 Panama Ave
Indianapolis, IN 46241

Attorney
John F. Townsend III
*#1960049, Retained*

TOWNSEND & TOWNSEND, LLP
Market Square Center, Ste 770
151 N Delaware St
Indianapolis, IN 46204
317-264-4444(W)

### Chronological Case Summary

03/28/2019  **Case Opened as a New Filing**

000001

5/6/2019 Summary - MyCase

| 03/28/2019 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages |
| | Filed By: Love, Khriston |
| | File Stamp: 03/28/2019 |

| 03/28/2019 | **Subpoena/Summons Filed** |
|---|---|
| | Summons |
| | Filed By: Love, Khriston |
| | File Stamp: 03/28/2019 |

| 03/28/2019 | **Appearance Filed** |
|---|---|
| | Appearance |
| | For Party: Love, Khriston |
| | File Stamp: 03/28/2019 |

| 04/08/2019 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summons |
| | Filed By: Love, Khriston |
| | File Stamp: 04/08/2019 |

| 04/11/2019 | **Service Returned Served (E-Filing)** |
|---|---|
| | Notice of Receipt of Summons |
| | Filed By: Love, Khriston |
| | File Stamp: 04/11/2019 |

| 04/26/2019 | **Appearance Filed** |
|---|---|
| | Appearance by Attorneys in Civil Case |
| | For Party: DOLGENCORP, LLC d/b/a DOLLAR GENERAL |
| | File Stamp: 04/26/2019 |

| 04/26/2019 | **Motion for Enlargement of Time Filed** |
|---|---|
| | Automatic Motion for Enlargement of Time by Defendant, Dolgencorp, LLC d/b/a Dollar General |
| | Filed By: DOLGENCORP, LLC d/b/a DOLLAR GENERAL |
| | File Stamp: 04/26/2019 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Love, Khriston**
Plaintiff

Balance Due (as of 05/06/2019)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 03/28/2019 | Transaction Assessment | 157.00 |
| 03/28/2019 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

49D11-1903-CT-012556

Marion Superior Court, Civil Division 11

Filed: 3/28/2019 11:18 AM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| KHRISTON LOVE, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DOLGENCORP, LLC d/b/a | ) |
| DOLLAR GENERAL, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, by counsel, and for her cause of action against the Defendant, alleges:

1. At all times hereinafter mentioned Defendant owned, operated and maintained a Dollar General store located at 6655 W. Washington Street in Marion County, Indiana.

2. On or about January 27, 2018 Plaintiff was an invitee on Defendant's premises when she slipped and fell due to an accumulation of liquid on the floor of the premises.

3. At said time and place the Defendant was negligent.

4. As a proximate result of the Defendant's negligence Plaintiff has been injured and damaged, incurred reasonable medical expenses and endured pain, suffering and mental anguish.

WHEREFORE, Plaintiff prays for judgment against the Defendant in an amount which will fully and fairly compensate her for injuries and damages, for her costs and for all other proper relief.

Respectfully submitted,

TOWNSEND & TOWNSEND, LLP

*/s/ John F. Townsend, III*
John F. Townsend, III - #19600-49
Market Square Center
151 North Delaware Street, Suite 770
Indianapolis, Indiana 46204
317-264-4444 Phone
317-264-2080 Fax
Townsendlawfirm@aol.com
*Counsel for Plaintiff*

49D11-1903-CT-012556

Marion Superior Court, Civil Division 11

Filed: 3/28/2019 11:18 AM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

KHRISTON LOVE,           )
                         )
            Plaintiff,   )
                         )
vs.                      )
                         )
DOLGENCORP, LLC d/b/a    )
DOLLAR GENERAL,          )
                         )
            Defendant.   )

## SUMMONS

TO DEFENDANT: Dolgencorp, LLC
d/b/a Dollar General
c/o Registered Agent, Corporation Service Company
135 N. Pennsylvania St., Suite 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the date after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff from the same transaction or occurrence, you must assert it in your written answer.

Dated 3/28/2019                        _____Myla A. Eldridge_____ (Seal)
                                       Clerk, Marion County Superior Court

**(The following manner of service of summons is hereby designated.)**

  X   Registered or certified mail.
_____ Service at place of employment, to-wit: _____
_____ Service on individual C (Personal or copy) at above address.
_____ Service on agent. (Specify) _____
_____ Other service. (Specify) _____

John F. Townsend, III
151 North Delaware Street, Suite 770
Indianapolis, IN 46204
(317) 264-4444
*Attorney for Plaintiff*

[SEAL - Marion County Courts, Indiana]

49D11-1903-CT-012556

Marion Superior Court, Civil Division 11

Filed: 3/28/2019 11:18 AM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

KHRISTON LOVE, )
)
                Plaintiff, )
)
vs. )
)
DOLGENCORP, LLC d/b/a )
DOLLAR GENERAL, )
)
                Defendant. )

# APPEARANCE
**Initiating party**

1.   Khriston Love                     2. _____
    Name of first initiating party                           Telephone of *pro se* initiating party

3.   Attorney information (as applicable for service of process):

      Name:    John F. Townsend, III        Atty #.:   19600-49
      Address: TOWNSEND & TOWNSEND, LLP  Phone:   (317) 264-4444
               151 N. Delaware Street, Suite 770   Fax:     (317) 264-2080
               Indianapolis, IN 46204                Email:   townsendlawfirm@aol.com

      *(Supply names of additional attorneys on continuation page.)*

4.   Case Type requested: __CT__     5. Will accept FAX service: Yes __ No _X_
    *[See Administrative Rule 8(b)(3)]*

6.   Social Security numbers of all family members in proceedings involving support issues.

7.   Are there related cases? Yes __ No _X_ If yes, list case number below:

8.   Additional information required by state or local rule:_____

1

000007

Filed: 4/8/2019 2:29 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. 49D10-1903-CT-012585 |

DAZMEN DAVIS,  )
           Plaintiff, )
vs. )
ISAAC MASSEY, )
           Defendant. )

## CERTIFICATE OF ISSUANCE OF SUMMONS

Pursuant to *Indiana Trial Rule 86(G)(2)(c)*, I hereby affirm that I have initiated services of the following documents on the following party as indicated below:

Documents: Appearance, Complaint for Damages, Summons, Plaintiff's Interrogatories to Defendant, Plaintiff's Request for Production of Documents to Defendant

Party Served: Isaac Massey
671 Van Ave.
Shelbyville, IN 46176

Service Method: Certified Mail, Return Receipt Requested

Tracking Number: 9414 7118 0659 9235 83

Dated Mailed: April 5, 2019

TOWNSEND & TOWNSEND, LLP

John F. Townsend, III - #19600-49
*Counsel for Plaintiff*

000008

Filed: 4/11/2019 11:30 AM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D11-1903-CT-012556 |

KHRISTON LOVE,  )
)
      Plaintiff  )
)
vs.  )
)
DOLGENCORP, LLC d/b/a  )
DOLLAR GENERAL,  )
)
      Defendant.  )

## NOTICE OF RECEIPT OF SUMMONS

Pursuant to *Indiana Trial Rule 86(G)(2)(c)*, I hereby affirm that I have initiated services of the following documents on the following party as indicated below:

Documents: **Summons, Complaint for Damages, and Appearance.**

Party Served:     Dolgencorp, LLC, d/b/a Dollar General
                           Registered Agent: Corporation Service Company
                           135 N. Pennsylvania Street, Suite 1610
                           Indianapolis, IN 46204

Service Method:     **Certified Mail, Return Receipt Requested**

Tracking Number: 9414 7118 0659 9241 79
Dated Mailed: April 5, 2019

**Date Received:**     April 8th, 2019
                           9490 9118 9956 0659 9243 19

                                                                          TOWNSEND & TOWNSEND, LLP

                                                                            /s/ John F. Townsend, III
                                                                            John F. Townsend, III - #19600-49

000009

**SENDER: COMPLETE THIS SECTION**

☒ Ensure items 1, 2, and 3 are completed.
☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Registered Agent, Corporation Service Co.
Dolgencorp, LLC d/b/a Dollar General
135 N. Pennsylvania St. Suite 1610
Indianapolis IN 46204-2448

9490 9118 9956 0659 9243 19

2. Article Number (Transfer from service label)
9414 7118 9956 0659 9241 79

PS Form 3811 Facsimile, July 2015 (SDC 3939)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X-Mary Col.

B. Received By: (Printed Name)    C. Date of Delivery
Mary Coleman

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail

Domestic Return Receipt



---

USPS TRACKING#

9490 9118 9956 0659 9243 19    4/8/19 Delivered

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**UNITED STATES POSTAL SERVICE**

TOWNSEND TOWNSEND
LLP
151 N. DELAWARE STREET
SUITE 770
INDIANAPOLIS IN 46204

4-3-19
Love



Filed: 4/26/2019 3:03 PM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. 49D11-1903-CT-012556 |

KHRISTON LOVE, )
)
    Plaintiff, )
)
vs. )
) CASE NO. 49D11-1903-CT-012556
DOLGENCORP, LLC d/b/a )
DOLLAR GENERAL, )
)
    Defendant. )

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

   Initiating _____  Responding _X_  Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: **DOLGENCORP, LLC d/b/a DOLLAR GENERAL**

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Name: __Lyndsay I. Ignasiak__   Atty. Number: __30690-45__

   Name: __Katherine M. Haire__   Atty. Number: __31330-49__

   Address: __Reminger Co., LPA, College Park Plaza, 8909 Purdue Road__

   __Suite 200, Indianapolis, Indiana 46268__

   Phone: __317-663-8570__   Fax: __317-228-0943__

   E-mail Address: __lignasiak@reminger.com; khaire@reminger.com__

3. This is a __CT__ case type as defined in administrative Rule 8(B)(3).

4. I will accept service by:
   Fax at the above noted number:    Yes_____    No__X__
   Email at the above noted address: Yes_____    No__X__

5. This case involves child support issues.   Yes_____   No__X__   (*If Yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.*)

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no contact order.   Yes_____   No__X__   (*If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.*) The party shall use the following address for purposes of legal service: _____N/A_____

7. This case involves a petition for involuntary commitment. Yes ____   No__X__

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment. _____N/A_____

9. There are related cases: Yes _____   No__X__   (*If Yes, list on continuation page.*)

10. Additional information required by local rule: _____None_____

11. There are other party members:   Yes___   No__X__   (*If Yes, list on continuance page.*)

12. This form has been served on all other parties and Certificate of Service is attached: Yes __X__   No _____

Respectfully submitted,

/s/ Katherine M. Haire
Lyndsay I. Ignasiak (30690-45)
Katherine M. Haire (31330-49)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road
Suite 200
Indianapolis, IN 46268
T: 317-663-8570
F: 317-228-0943
lignasiak@reminger.com; khaire@reminger.com
*Attorney for Defendant DOLGENCORP, LLC d/b/a DOLLAR GENERAL*

2

000012

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed in accordance with Trial Rule 86 using the Court's Electronic Filing System, which will send notice on this ___26th___ day of April, 2019 to all registered parties.

/s/ *Katherine M. Haire*
Katherine M. Haire (31330-49)
REMINGER CO., LPA

000013

Filed: 4/26/2019 3:03 PM
Clerk
Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA ) | IN THE MARION COUNTY SUPERIOR COURT |
| ) | CIVIL DIVISION |
| COUNTY OF MARION ) | CAUSE NO. 49D11-1903-CT-012556 |

KHRISTON LOVE, )
)
Plaintiff, )
)
vs. )
) CASE NO. 49D11-1903-CT-012556
DOLGENCORP, LLC d/b/a )
DOLLAR GENERAL, )
)
Defendant. )

## DEFENDANT'S NOTICE OF AUTOMATIC EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Dolgencorp, LLC d/b/a Dollar General, ("Defendant") pursuant to Rule 6(B) of the Indiana Rules of Trial Procedure, files its Motion for Enlargement of Time in which to answer, move or otherwise respond to the Plaintiff's Complaint for Damages. In support thereof, Defendant states:

1. The Plaintiff's Complaint for Damages was filed herein on March 28, 2019 and served upon the Defendants on or about April 8, 2019.

2. A responsive pleading is due on or about May 1, 2019.

3. Pursuant to LR49-TR5-203(D), Defendant now seeks an automatic enlargement of time of thirty (30) days within which to respond to Plaintiff's Complaint, on or before May 31, 2019.

4. This motion is timely brought before the expiration of the original responsive deadline.

000014

WHEREFORE, the Defendant, by counsel, hereby notifies the Court of its intent to utilize the automatic enlargement of time contemplated by Marion County's local trial rules, such that Defendant's responsive pleading is now due no later than May 31, 2018.

Respectfully submitted,

/s/ Katherine M. Haire
Lyndsay L. Ignasiak (30690-45)
Katherine M. Haire (31330-49)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road
Suite 200
Indianapolis, IN 46268
T: 317-663-8570
F: 317-228-0943
lignasiak@reminger.com; khaire@reminger.com
*Attorney for Defendant DOLGENCORP, LLC d/b/a DOLLAR GENERAL*

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed in accordance with Trial Rule 86 using the Court's Electronic Filing System, which will send notice on this __26th__ day of April, 2019 to all registered parties.

/s/ Katherine M. Haire
Katherine M. Haire (31330-49)
REMINGER CO., LPA

2

000015